Affidavit of Probable Cause

I, TYLER M. PIERSON, Special Agent, United States Air Force Office of Special Investigations (AFOSI), being duly sworn, do depose and state:

1. I have been a Special Agent with the AFOSI Detachment 813, Minot AFB (MAFB), ND since May 2016 and have been a Special Agent since August 2012. I received training to be an AFOSI Special Agent at the United States Air Force Special Investigations Academy (USAFSIA) and the Federal Law Enforcement Training Center (FLETC), Glynco, GA. I am conducting an investigation involving Child Pornography, a violation of 18 U.S. Code § 2252(a)(2) and Uniform Code of Military Justice Article 134. The person I believe to be involved in the offense is identified as CARL DESHAWN DEAN; Male Born: January 1998; Ohio; E-3; 5th Communications Squadron (AFGSC), Minot AFB, North Dakota. This affidavit is prepared in support of an issuance of a search warrant that will permit AFOSI to conduct a search of a two Instagram (social media website and application owned by Facebook Inc.) accounts DEAN made contact with. It is believed the users of these profiles are juveniles and were victimized and solicited by DEAN for digital files sexual in nature. I am pursuing this warrant to obtain information including but not limited to, account holder name, user content, email address, user name, registered phone numbers, files, videos, photos, documents and registration dates to identify the users of these accounts to verify the ages of the victims involved.

    a) This case was initiated on 2 Mar 18 based on information provided by Detective KRISTA MATTICE Minot Police Department, Minot, ND to SA CHRISTOPHER SANTIAGO, AFOSI Det 813, Minot AFB (MAFB), ND. MATTICE stated she received a National Center for Missing and Exploited Children (NCMEC) Cybertip 27824836 forwarded from the North Dakota Bureau of Criminal Investigations (BCI). This Cybertip was submitted by a registered Electronic Service Provider (ESP). The ESP noted two files of potential child pornography were found by Google Inc. were uploaded by an individual using the Internet Protocol (IP) address 24.220.191.19.

    b) These files were classified by NCMEC as "A1" images. An A1 image is described as any image of sexually explicit conduct (actual or simulated sexual intercourse including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction that lacks serious literary, artistic, political, or scientific value of a prepubescent minor. The NCMEC tip listed the Minot/Bismarck/Dickinson area with an internet service provider of Midcontinent Communications (MIDCO). Google Inc. also provided two email addresses, victorgage89@gmail.com and carlsggame@gmail.com, account name "Victor Gage", and phone number (254)870-5436 associated to the file upload. Google Inc. advised MATTICE the images were uploaded on 13 February 2018 at 1753. The original file name associated to the files were IMG_1181.JPG and IMG_1179.JPG.

    c) MATTICE served a warrant on MIDCO for subscriber information associated to IP address 24.220.191.19. The warrant uncovered the IP address was listed to DEAN, located at Dorm 218, Rm 214B, MAFB, ND, with a listed phone number of (254)368-4507.

    d) SA TYLER PIERSON, AFOSI Det 813, MAFB, conducted a Department of Defense Person Search (DPS) check of DEAN. The check revealed DEAN was an active duty member assigned to the 5th Communications Squadron (CS), MAFB who resided at Dorm 218, Rm 214B, MAFB, ND.

    e) On 2 Mar 18, SA KEVIN CINTRON, SA PAUL SHAIYAH, SA CHRISTOPHER SANTIAGO, SA OLIVER ABRAHAM, Inv FRANCESCA JACKSON, and Inv COLTON KRUSE AFOSI Det 813, MAFB, ND conducted a search of DEAN's on base residence located at Dorm 218 room 214B, MAFB, ND, based upon a military search authorization. Approximately 34TB worth of electronic media storage was seized and placed into evidence.

1

Affidavit of Probable Cause

f) On 2 Mar 18, SA PIERSON and SA LEONARD MEADOWS, AFOSI Det 813, MAFB, ND, interviewed DEAN at AFOSI Building 587, MAFB, ND. Subsequent to Article 31 rights advisement, DEAN stated he used the dark web to locate and download pirated movies, text documents, and thousands of books to add to DEAN's book collection. DEAN had an interest in finding out how illegal activities were conducted online. DEAN had a "passing" interest in pedophilia and DEAN's interest grew into a sexual interest in young children. DEAN did not get aroused by underage pornography, and opined it was in the interest of DEAN's curiosity. DEAN stated he had a large collection of child pornography, which consisted of approximately 3GB worth, stored on one of his hard drives. DEAN listed the email addresses of carlsggame@gmail.com, victorgage89@gmail.com, turkishqwaserty@gamil.com, alexiscynthiarome@gmail.com, were all associated to DEAN. DEAN believed he got caught with child pornography because he sent three images of child pornography in JPEG format from a Gmail account that had the word "Cynthia" in the address (DEAN but could not recall the exact address because he had created many Gmail accounts using the "Cynthia") to another email address associated to DEAN.

g) On 8 Jun 18, MATTICE contacted SA PIERSON in regards to additional NCMEC Cybertips related to DEAN's social media accounts. MATTICE confirmed Facebook sent her two NCMEC Cybertips from the approximate time frame of 27 Jan 18 to 30 Jan 18. MATTICE stated she would execute a search warrant for DEAN's Facebook account based on the information derived from the Cybertip.

h) On 21 Jun 18, MATTICE contacted SA PIERSON and relayed she had received the contents of the search warrant for DEAN's Facebook account. MATTICE provided SA PIERSON a copy of the search warrant contents. A review of the contents on 11 Jul 18 revealed a Facebook profile under the name Cynthia Qwaser with a linked email address of cynthiaqwaser@gmail.com used the Facebook Messenger application to speak to a Shane Voorhees on 27 Jan 18. The contents of this conversation are extremely graphic and perverse. Sexual acts with children were routinely described. During the course of the conversation, Qwaser sent Voorhees the image of a prepubescent female lying on her back holding her legs in the air exposing her anus and vagina to the viewer. Voorhees requested more be sent to his email account, to which Qwaser stated she did. Voorhees referenced the videos and images in the conversation, and sent one back to Qwaser. The image depicted a prepubescent female with no shirt (the rest of her body appears to be naked, but not in view) with a male individual (face is not seen, but the significant body hair and other features make him appear to be an adult) on his back. The man is pulling the females hair to the side and has his erect penis inside the child's mouth. A time stamp of "2007 5 15" is visible on the bottom right corner of the image. This image is the file responsible for one of the NCMEC Cybertip 29915106. Cynthia Qwaser used the IP address of 2001:48f8:4054:9e3:2c9f:b4df:91da:5367. As the review continued, another Facebook Messenger conversation between Cynthia Qwaser and Vinayak Kamble took place on 31 Jan 18. A sexual conversation involving children took place, and Qwaser sent KAMBLE an image depicting a naked prepubescent female sitting on a bed with her legs open revealing her vagina. The female is wearing nothing but a blue head band, and has shoulder length brown hair. The male face is not seen, but the significant body hair and other features make him appear to be an adult. The man stood close to the female and child is holding the man's erect penis in her left hand. This image is the file responsible for the other NCMEC Cybertip 29917511. During this conversation, Qwaser used the IP address of 2001:48f8:4054:9e3:1c6b:3ee0:80f3:2180.

i) On 31 May 18, MATTICE executed a search warrant for subscriber information for IP addresses 2001:48f8:4054:9e3:2c9f:b4df:91da:5367 and 2001:48f8:4054:9e3:1c6b:3ee0:80f3:2180 to

2

Affidavit of Probable Cause

MIDCO. On 5 Jun 18, the results of the MIDCO warrant named DEAN by name and address for both IP address.

j) On 23 Jul 18, SA PIERSON completed the review of the Defense Computer Forensic Laboratory (DCFL) report on DEAN's electronic media seized from DEAN's residence on 2 Mar 18. The review disclosed over 600 unique images and approximately 15 unique videos that appeared to be child pornography. Approximately 400 of the images and three videos matched known images of child pornography according to the NCMEC database. In addition to these files, four video files were found on DEAN's personal cellular device (Evidence tag number 33784180611827-21: One (1) black Google brand cellular phone, seized from SUBJECT on 2 Mar 18). These video files were created using a cell phone screen recording application on DEAN's phone. One file created on 23 Feb 18 depicted an Instagram message conversation with the Instagram user name of *logwes*. DEAN requested *logwes* to create a video of *logwes* masturbating. *Logwes* complied with the request and sent a short video of what DEAN requested. Based on the video and the picture associated with the *logwes* Instagram account, *logwes* appears to be an underage male. Three videos created on 26 Feb 18 using the same screen recoding application recorded another Instagram message conversation with the Instagram user name of *bsophie09*. DEAN recorded three separate short videos received from *bsophie09* that were sexual in nature. Based on the videos and the picture associated with the *bsophie09* Instagram account, *bsophie09* appears to be an underage female.

2. On 4 Oct 18, I briefed Assistant United States Attorney JONATHAN O'KONEK, 220 East Rosser Ave, Bismarck, ND 58501, on the information detailed above. O'KONEK advised that, based on the information I had provided, probable cause exists that a violation of 18 U.S. Code § 2252(a)(2) had occurred and DEAN was likely to have committed the offense. O'KONEK concurred that probable cause existed to conduct a search of the Instagram accounts used by the screen names of *logwes* and *bsophie09* between 23 Feb 18 and 26 Feb 18 for the below information.

3. In view of the foregoing, I respectfully request issuance of a search warrant to conduct a search for subscriber information associated with the Instagram (owned by Facebook Inc.) user account associated with *logwes* and *bsophie09*, for information including but not limited to, account holder name, user content, email address, user name, registered phone numbers, files, videos, photos, documents and registration dates to identify the users of these accounts to verify the ages of the victims involved.

TYLER M. PIERSON, SA, USAF
AFOSI Detachment 813

Sworn to and subscribed to me telephonically in Bismarck, North Dakota on October 4, 2018 and Fargo, North Dakota

ALICE R. SENECHAL
United States Magistrate Judge

3